DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LINDA DAVANZO** and **ANDREW DAVANZO,**
Appellants,

v.

**BANKUNITED, N.A.,**
Appellee.

No. 4D18-1985

[April 18, 2019]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502014CA13646XXXMB.

Robert J. Hauser of Pankauski Hauser PLLC, West Palm Beach, for appellants.

Christopher J. Hoertz, Daniel M. Herrera and Gary M. Singer of Law Firm of Gary M. Singer, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***